UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,             :

                                 :

                                 :

      v.                         :          3:25-CR-66 (SFR)

                                 :

ZACHARY FOSTER AND KEVIN LUCAS    :

                                 :

---------------------------------------------------------------- x

**PROPOSED TRANSCRIPT INSTRUCTION**

During the trial, you will be shown transcripts of audio recordings. The transcripts are being shown to you as a guide to assist you in listening to the recordings. However, the transcripts themselves are not evidence. Therefore, when the recordings are played, I advise you to listen very carefully to the recordings themselves. You alone should make your own determination of what was said, based on what you hear. If you think you heard something different than what appears in the transcript, then what you heard is controlling. You should disregard anything you see in the transcript that you do not confirm is on the recording, even if your inability to make that confirmation is solely because that portion of the recording is unintelligible. It is for you alone to decide if the transcripts are correct in terms of the speakers they identify and in terms of what was said and what inferences to draw from anything that you hear on the recordings. Let me say again, you, the jury, are the sole judges of the facts.

*See* 1 Sand, Modern Federal Jury Instructions-Criminal ¶ 5.04; 5 Weinstein's Federal Evidence § 901.05 (2026).

1